IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ANDREW RICHARDS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Petitioner,

v.

CASE NO. 1D14-2395

STATE OF FLORIDA,

     Respondent.

_____/

Opinion filed September 4, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Andrew Richards, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for belated appeal is denied on the merits.

PADOVANO, THOMAS, and ROBERTS, JJ., CONCUR.